Search Warrant Return (Rev. 03/13)

# RETURN

☒ FILED   ☐ LODGED

**Sep 16 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: **22-08756MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/09/2022 | 09/09/2022  11:30 AM | Residence |

**INVENTORY MADE IN THE PRESENCE OF**
Robert V Figueroa III, Special Agent, HSI

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Fourteen (14) cell phones, Four scales, Twelve (12) tablets, Six (6) Laptops, Three (3) SD cards with USB drive reader, One (1) External hard drive, Two (2) Thumb drives, Drug paraphernalia, Paypal card reader, and Miscellaneous documents.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 09/15/2022

_____
Executing Officer's Signature

Robert V. Figueroa III, Special Agent, HSI
Printed Name and Title